**STATE of Missouri, Respondent,**

v.

**Mustafa Y. SAID, Appellant.**

**No. 65470.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 21, 1995.

As Corrected Dec. 26, 1995.

Judith C. LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL J., and RONNIE L. WHITE, Special Judge.

*ORDER*

PER CURIAM.

Movant appeals after sentencing on the charge of assault first degree. The only issue is now moot. Judgment affirmed.